

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SEAMUS O'CONNOR**
Assistant Corporation Counsel
Phone: (212) 356-2337
Fax: (212) 356-3509
Email: seoconno@law.nyc.gov

February 25, 2026

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

<blockquote>
Re:    LaStarr Davis v. City of New York, et al.,
       25 CV 3511 (NGG)(JRC)
</blockquote>

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for Defendants City of New York, Butler, Cascone, Cotes, Franklin, Genao, and Hamilton in the above-referenced matter.

I write jointly with Plaintiff's counsel to this action to respectfully request that the Court endorse the attached Confidentiality Order. Pursuant to Your Honor's Individual Rules, the parties are submitting a copy of your standing Confidentiality Order with proposed redline edits for the Court's approval. We believe these edits will best serve the interest of all parties to this action and cover the types of documents produced in discovery both during and after the case. Should the Court approve of the parties' edits, we are also submitting a clean copy of the Confidentiality Order with these edits, signed by counsel for all parties, for the Court's endorsement.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Seamus O'Connor*

Seamus O'Connor
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **<u>BY ECF</u>**
Ugochukwu Uzoh
Ugo Uzoh, P.C.
56 Willoughby Street
Ste Third Floor
Brooklyn, NY 11201
718-874-6045
Email: u.ugochukwu@yahoo.com

2