

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**SEAMUS O'CONNOR**
Phone: (212) 356-2337
Fax: (212) 356-3509
seoconno@law.nyc.gov
*Assistant Corporation Counsel*

February 27, 2026

**BY ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

   Re: LaStarr Davis v. City of New York et al.,
     25-CV-3511 (NGG)(JRC)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant the City of New York, Detective Butler, Detective Cotes, Sergeant Cascone, PAA Franklin, Sergeant Genao, and Lieutenant Hamilton in the above-referenced matter. The parties write to update the Court on the status of discovery for the above case.

  By way of background, Plaintiff filed an Complaint on June 23, 2025, alleging *inter alia* false arrest, malicious prosecution, fabrication of evidence, Monell, and excessive force claims against defendants. (ECF No. 1.) The Court ordered the parties to file a status letter regarding discovery on February 27, 2026 and whether the parties would prefer a settlement conference be held. (Text Order dated December 11, 2025)

  Since the initial conference the parties have exchanged initial disclosures and sent discovery requests. The parties have exchanged discovery responses and are in the process of reviewing same and addressing deficiencies. To the extent that there is disagreement, the parties will continue to meet and confer, and will promptly reach out to the Court for intervention if necessary. Finally, the parties have undergone some preliminary settlement negotiations to resolve this case. However, the parties remain apart in terms of position that they do not believe a settlement conference would be helpful. If it appears Court could assist in settling this case the parties will request a settlement conference be held.

  The parties the Court for its time and consideration of this matter.

Respectfully Submitted,

*Seamus O'Connor /s/*

Seamus O'Connor
*Assistant Corporation Counsel*

Cc:     **VIA ECF**
Ugochukwu Uzoh
Ugo Uzoh, P.C.
56 Willoughby Street
Ste Third Floor
Brooklyn, NY 11201
718-874-6045
Email: u.ugochukwu@yahoo.com