UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASTARR DAVIS,<br><div align="center">Plaintiff,</div><br>-against-<br><br>THE CITY OF NEW YORK, DETECTIVE KHOURI A. BUTLER [TAX REG. #948724], LIEUTENANT PATRICK J. HAMILTON [TAX REG. #930310], DETECTIVE AIDA M. COTES [TAX REG. #944469], SERGEANT JOHN W. CASCONE [TAX REG. #925037], PAA SHANIECE FRANKLIN [TAX REG. #374462], SERGEANT JOSE T. GENAO [TAX  REG. #949016], CAA EBONY RAMJEET [TAX REG. #375911], and JOHN DOE AND JANE DOE (the names John and Jane Doe being fictitious, as the true names are presently unknown),<br><div align="center">Defendants.</div> | 25 CV 3511 (NGG) (JRC) |

<div align="center">

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

</div>

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Lastarr Davis, through undersigned counsel, hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment to Plaintiff dated March 6, 2026, attached hereto as Exhibit A.

Dated: Brooklyn, New York
      April 22, 2026

                         Respectfully submitted,

*Ugochukwu Uzoh*
Ugochukwu Uzoh
Ugo Uzoh, P.C.
Attorney for the Plaintiff
56 Willoughby Street, Third Floor
Brooklyn, N.Y. 11201
Tel. No: (718) 874-6045
Fax No: (718) 576-2685
Email: u.ugochukwu@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2026, I caused a true and correct copy of the above Notice of Acceptance of Defendants' Offer of Judgment to be served on the parties and the clerk of court for the United States District Court for the Eastern District of New York using the CM/ECF system.

*Ugochukwu Uzoh*

Ugochukwu Uzoh
Ugo Uzoh, P.C.
Attorney for the Plaintiff
56 Willoughby Street, Third Floor
Brooklyn, N.Y. 11201
Tel. No: (718) 874-6045
Fax No: (718) 576-2685
Email: u.ugochukwu@yahoo.com